UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00556-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JASON TODD APLIN,

       Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on **October 22, 2007 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Dated this 23rd day of August, 2007

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge