# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00556-MSK-01 |
| JASON TODD APLIN | USM Number:  32266-013 |
| | Janine Yunker, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 4, 5, 6, 7, 8, and 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 5/17/06 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    Violations 3 and 9 are dismissed upon motion of the government.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                  October 22, 2007
                                  Date of Imposition of Judgment

                                s/ *Marcia S. Krieger*
                                       Signature of Judge

                                Marcia S. Krieger, U.S. District Judge
                                       Name & Title of Judge

  October 30, 2007
                                                   Date

DEFENDANT: JASON TODD APLIN
CASE NUMBER: 03-cr-00556-MSK-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Submit Written Report Within the First Five Days of the Month | 6/06 |
| 4 | Failure to Report a Change in Address | 4/06 |
| 5 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 5/23/06 |
| 6 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 5/30/06 |
| 7 | Violation of the Law | 10/18/06 |
| 8 | Violation of the Law | 10/22/06 |
| 10 | Violation of the Law | 11/2/06 |

DEFENDANT:  JASON TODD APLIN
CASE NUMBER:  03-cr-00556-MSK-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months as follows: As to Violations 1, 2, 4, 5, and 6, the defendant is sentenced to 12 months, to be served consecutively to the sentence he is currently serving in the Colorado Department of Corrections, El Paso Combined Court Docket Numbers 2006-CR-5232, 2006-CR-5458 and 2006-CR-5406.  As to Violations 7, 8 and 10, the defendant is sentenced to 12 months, to be served concurrently to the sentence he is currently serving in the Colorado Department of Corrections, El Paso Combined Court Docket Numbers 2006-CR-5232, 2006-CR-5458 and 2006-CR-5406.  No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit defendant with 69 days spent in official detention prior to revocation of supervised release.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal